JS 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT PRODUCE, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIEN DONG, INC., a corporation d/b/a VIEN DONG III INTERNATIONAL SUPERMARKET, d/b/a SAN DIEGO SUPERFOOD WAREHOUSE, d/b/a VIEN DONG SUPERFOOD WAREHOUSE, d/b/a/ SEVEN INTERNATIONAL TRADE COMPANY, d/b/a SUPER 7 INTERNATIONAL TRADE COMPANY, d/b/a SUPER 7 CASH AND CARRY, d/b/a SOUTH CHINA SEAFOOD COMPANY; TRANS OCEAN STAR, INC., a corporation d/b/a TRAN 21 INC., d/b/a 7th INTERNATIONAL TRADE COMPANY; KIA TRAN, an individual; and LUCILLE TRAN, an individual,<br><br>Defendants. | **Case No.: CV 07-6862-JFW (AGR)**<br><br>**JUDGMENT AGAINST TRANS OCEAN STAR, INC., a corporation dba TRAN21\*, INC.** |

1

1    Having read and considered the Parties' Stipulation For Entry Of Judgment
2    Against Tran21*, Inc., all supporting pleadings and exhibits submitted therewith and
3    other pleadings and exhibits already on file with this court, and good cause appearing
4    therefore,

5    JUDGMENT IS HEREBY ENTERED in favor of DIRECT PRODUCE, INC. and
6    against Defendants TRANS OCEAN STAR, INC. dba TRAN21*, INC., in the total
7    amount of $16,085.38 (itemized as $8,977.48 in principal, $3,548.95 in attorney's fees,
8    and $3,558.95 in finance charges), and all of which qualifies for trust protection under the
9    trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e,
10   *et seq.*].

11   Plaintiff is further entitled to finance charges commencing November 1, 2007, at
12   the rate of 10% per annum on all sums due under this judgment in until fully paid.

13   The Clerk shall enter judgment forthwith.

15   DATED: September 5, 2008

     HON. JOHN F. WALTER
     JUDGE, U.S. DISTRICT COURT

2