UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT PRODUCE, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIEN DONG, INC., a corporation d/b/a VIEN DONG III INTERNATIONAL SUPERMARKET, d/b/a SAN DIEGO SUPERFOOD WAREHOUSE, d/b/a VIEN DONG SUPERFOOD WAREHOUSE, d/b/a/ SEVEN INTERNATIONAL TRADE COMPANY, d/b/a SUPER 7 INTERNATIONAL TRADE COMPANY, d/b/a SUPER 7 CASH AND CARRY, d/b/a SOUTH CHINA SEAFOOD COMPANY; TRANS OCEAN STAR, INC., a corporation d/b/a TRAN 21 INC., d/b/a 7th INTERNATIONAL TRADE COMPANY; KIA TRAN, an individual; and LUCILLE TRAN, an individual,<br><br>Defendants. | Case No.:  CV 07-6862-JFW (AGR)<br><br>**JUDGMENT AGAINST TRAN21\*, INC.** |

1

1    Having read and considered the Parties' Stipulation to Amend Judgment Against
2 Trans Ocean Star, Inc. dba Tran21*, Inc., and good cause appearing therefore, the
3 Judgment entered on September 5, 2008, against Trans Ocean Star, Inc. dba Tran21*,
4 Inc, shall be amended to delete the reference to "Trans Ocean Start, Inc. dba". As such,
5 JUDGMENT IS HEREBY ENTERED in favor of DIRECT PRODUCE, INC. and
6 against Defendant TRAN21*, INC., in the total amount of $16,085.38 (itemized as
7 $8,977.48 in principal, $3,548.95 in attorney's fees, and $3,558.95 in finance charges),
8 and all of which qualifies for trust protection under the trust provisions of Perishable
9 Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*].

   Plaintiff is further entitled to finance charges commencing November 1, 2007, at
the rate of 10% per annum on all sums due under this judgment in until fully paid.

   The Clerk shall enter judgment forthwith.

DATED: September 24, 2008

HON. JOHN F. WALTER
JUDGE, U.S. DISTRICT COURT

2